UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DONNIE DAVIS,**

    Petitioner,

v.                                                                                        Case No. 04-74077-DT
                                                                                      Hon. Bernard A. Friedman

**THOMAS BELL,**

    Respondent.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Paul J. Komives dated July 29, 2005.  No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Paul J. Komives dated July 29, 2005, is hereby accepted and adopted.

IT IS FURTHER ORDERED petitioner's application for writ of habeas corpus is denied.


  January 27, 2006                                   s/Bernard A. Friedman
    Detroit, Michigan                             BERNARD A. FRIEDMAN
                                                                CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

      **/s/ Patricia Foster Hommel**
         **Patricia Foster Hommel**
   **Secretary to Chief Judge Friedman**